# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SAFECAST LIMITED,<br><br>   *Plaintiff*,<br><br>v.<br><br>AT&T CORPORATION,<br><br>   *Defendant*. | Case No. 6:22-cv-00676-ADA<br><br>**JURY TRIAL DEMANDED** |
| SAFECAST LIMITED,<br><br>   *Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>   *Defendant*. | Case No. 6:22-cv-00678-ADA<br><br>**JURY TRIAL DEMANDED** |
| SAFECAST LIMITED,<br><br>   *Plaintiff*,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>   *Defendant*. | Case No. 6:22-cv-00983-ADA<br><br>**JURY TRIAL DEMANDED** |
| SAFECAST LIMITED,<br><br>   *Plaintiff*,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.,<br><br>   *Defendant*. | Case No. 6:22-cv-00683-ADA<br><br>**JURY TRIAL DEMANDED** |

# **JOINT CLAIM CONSTRUCTION STATEMENT**

1

In accordance with the Scheduling Order (Dkt. 23, 6:22-cv-00676; Dkt. 39, 6:22-cv-00678; Dkt. 22, 6:22-cv-00983; Dkt. 23, 6:22-cv-00683) entered in the above-captioned actions, Plaintiff SafeCast Limited and Defendants AT&T Corp., Google LLC, Microsoft Corp., and Verizon Communications Inc. ("Defendants") submit this Joint Claim Construction Statement. This Statement identifies the disputed and agreed constructions for claim terms found in U.S. Patent No. 9,392,302 ("the '302 patent").

## I. DISPUTED CLAIM TERMS

| Claim Term | SafeCast's Construction | Defendants' Construction | Claims of the '302 Patent | Party that Proposed the Term |
|---|---|---|---|---|
| "local broadcasting regulation" | Plain and ordinary meaning; no construction necessary | "regulations/laws/ordinances created by a regulatory agency with regard to broadcast content" | 1, 3, 12 | Defendants |
| "local broadcasting time regulation laid down by the broadcasting authority" | Plain and ordinary meaning; no construction necessary | "time-related regulations/laws/ordinances created by a regulatory agency with regard to broadcast content" | 1, 3, 12 | Defendants |
| "control means . . ."<br><br>Means-plus-function subject to § 112 ¶ 6 | **Claims 1 and 12**<br>**Functions:**<br>"read said first field and said clock signal and said rules database and to apply said local broadcasting time regulation to each advertisement before said advertisement is shown";<br>"update the second field in the header of said advertisement when said advertisement is again shown during time-shifted viewing"<br>**Structure:** | **Claims 1 and 12**<br>**Functions:**<br>"read said first field and said clock signal and said rules database and [] apply said local broadcasting time regulation to each advertisement before said advertisement is shown; [and] update the second field in the header of said advertisement when said advertisement is again shown during time-shifted viewing"<br>**Structure:** | 1, 2, 8, 9, 12 | Defendants |

| Claim Term | SafeCast's Construction | Defendants' Construction | Claims of the '302 Patent | Party that Proposed the Term |
|---|---|---|---|---|
| | The personal video recorder (PVR) 60, advertisement database on the hard disc, advertisement headers, Real Time of day signal, internet connection/modem. See Abstract, 1:58, 2:24-26; 3:63-4:23; 4:24–5:29; 6:1–12; 6:33-44; 6:54-62; Fig. 8; and the rules database at 4:57-63. | None disclosed for at least function of "update the second field in the header of said advertisement when said advertisement is again shown during time-shifted viewing" and, therefore, indefinite | | |
| | colspan Claim 2 | | | |
| | **Functions:** "each header includes a keyword, and the control means checks the keyword against the rules database during application of said local broadcasting time regulation to said advertisement" **Structure:** The personal video recorder (PVR) and advertisement database on hard disc at 4:24–5:29; 6:4–12; 6:33-37; 6:54-62; Fig. 8; the rules database on hard disc at 4:57-63. | **Functions:** In addition to the three functions of the "control means" in Claim 1, "check the keyword against the rules database during application of said local broadcasting time regulation to said advertisement" **Structure:** None disclosed for at least function of "update the second field in the header of said advertisement when said advertisement is again shown during time-shifted viewing" and, therefore, indefinite | | |
| | Claim 8 | | | |
| | **Functions:** "when the application of said local broadcasting time regulation to a particular advertisement indicates that showing the particular | **Functions:** In addition to the three functions of the "control means" in Claim 1, "when the application of said local broadcasting time regulation to a | | |

3

| Claim Term | SafeCast's Construction | Defendants' Construction | Claims of the '302 Patent | Party that Proposed the Term |
|---|---|---|---|---|
| | advertisement would violate the local broadcasting time regulation, search the advertisements stored in the advertisement supply means until either an advertisement is found that does not violate the local broadcasting time regulation or it is determined that no advertisement stored in the advertisement supply means is suitable for showing under the local broadcasting time regulation"<br><br>**Structure:**<br>The personal video recorder (PVR) and advertisement and programme databases on hard disc at 4:24-5:29; 6:33-37; 6:54-62; Fig. 8; the rules database on hard disc at 4:57-63. | particular advertisement indicates that showing the particular advertisement would violate the local broadcasting time regulation, search the advertisements stored in the advertisement supply means until either an advertisement is found that does not violate the local broadcasting time regulation or it is determined that no advertisement stored in the advertisement supply means is suitable for showing under the local broadcasting time regulation"<br><br>**Structure:**<br>None disclosed for at least function of "update the second field in the header of said advertisement when said advertisement is again shown during time-shifted viewing" and, therefore, indefinite | | |
| <td colspan="2" align="center">__Claim 9__</td> | | | |
| | **Functions:**<br>"show during time-shifted viewing of the programme a mix of advertisements that were received during the live broadcast of the programme and advertisements that were received other than in the live | **Cl. 9:**<br>**Functions:**<br>In addition to the three functions of the "control means" in Claim 8, "show during time-shifted viewing of the programme a mix of advertisements that were received | | |

4

| Claim Term | SafeCast's Construction | Defendants' Construction | Claims of the '302 Patent | Party that Proposed the Term |
|---|---|---|---|---|
| | broadcast of the programme being shown during time-shifted viewing"<br><br>**Structure:**<br>The personal video recorder (PVR) and programme and advertisement databases on hard disc at 4:22-27; 4:42–5:29; 5:47-53; 6:54-62; Fig. 8; the rules database on hard disc at 4:57-63. | during the live broadcast of the programme and advertisements that were received other than in the live broadcast of the programme being shown during time-shifted viewing"<br><br>**Structure:**<br>None disclosed for at least function of "update the second field in the header of said advertisement when said advertisement is again shown during time-shifted viewing" and, therefore, indefinite | | |
| time-shifted viewing/listening | Plain and ordinary meaning; no construction necessary | "viewing/listening after the original broadcast" | 1, 12 | Defendants |

II.     AGREED CONSTRUCTIONS

| Claim Term | Agreed Construction | Claims of the '302 Patent |
|---|---|---|
| "rules database means . . ."<br><br>Means-plus-function subject to § 112 ¶ 6 | **Function:**<br>"contain[] rules relating to said local broadcasting time regulation"<br><br>**Structure:**<br>"hard disc 62 in PVR 60, containing rules database (90)" | 1, 7 |

5

| Claim Term | Agreed Construction | Claims of the '302 Patent |
|---|---|---|
| "data storage means"<br><br>Means-plus-function subject to § 112 ¶ 6 | **Function:**<br>"storing a programme episode database, an advertisement database, and a rules database"<br><br>**Structure:**<br>"hard disc 62 in PVR 60" | 12 |
| "input connection means"<br><br>Means-plus-function subject to § 112 ¶ 6 | **Function:**<br>"connection to a source of video/audio signals and a real-time clock signal"<br><br>**Structure:**<br>"a connection between PVR 60 and aerial 20, a modem 22 or the internet 24 as in prior art | 12 |
| "output connection means"<br><br>Means-plus-function subject to § 112 ¶ 6 | **Function:**<br>"connection to a consumer's viewing/listening unit"<br><br>**Structure:**<br>"connection between the PVR (60) and a TV set 68, as depicted in Figure 4" | 12 |
| "programme supply means"<br><br>Means-plus-function subject to § 112 ¶ 6 | **Function:**<br>"to supply broadcast digital video/audio programmes having therein periodic breaks for the insertion of advertisements"<br><br>**Structure:**<br>"personal video recorder (PVR) that reads the hard disc 62 in the PVR and supplies the programmes to the display unit 68 from the programme database 80 on the hard disc" | 1, 8, 9 |

| Claim Term | Agreed Construction | Claims of the '302 Patent |
|---|---|---|
| "advertising supply means"<br><br>Means-plus-function subject to § 112 ¶ 6 | **Function:**<br>"to supply advertisements within the periodic breaks, each advertisement having associated therewith a header comprising a first field related to a local broadcasting time regulation laid down by the broadcasting authority, which local broadcasting time regulation restricts the time of day at which said advertisement may be shown, and a second field related to the number of times said advertisement has previously been shown during time-shifted viewing"<br><br>**Structure:**<br>"personal video recorder (PVR) that reads the database 70 on hard disc 62 in the PVR and supplies adverts from advertisement database 70 on the hard disc to be played during periodic breaks in the programme" | 1, 8, 9 |

DATED:  June 6, 2023                                  Ramey LLP

 */s/ William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800 Houston,
Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for SafeCast Limited***


/s/      Michael E. Jones
Michael E. Jones (TBN: 10929400)
Shaun W. Hassett (TBN: 24074372)
shaunhassett@potterminton.com
**POTTER MINTON**
110 North College
500 Plaza Tower
Tyler, Texas 75702
Telephone: 903.597.8311
Facsimile: 903.593.0846
mikejones@potterminton.com
shaunhassett@potterminton.com

Kevin P. Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue NW
Suite 700 East
Washington, DC 20001
Telephone: 202.776.5213
Facsimile: 202.315.3169

Alice E. Snedeker
aesnedeker@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901

*Attorneys for Defendant Verizon Communications Inc.*

/s/      *Alice E. Snedeker*
Gilbert A. Greene (TBN 24045976)
BGreene@duanemorris.com
**DUANE MORRIS LLP**
Las Cimas IV
900 S. Capital of Texas Highway, Suite 300
Austin, TX 78746
Telephone: (512) 277-2246
Facsimile: (512) 597-0703

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aensedeker@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901

*Attorneys for Defendant AT&T Corp.*

*/s/ Michael E. Jones*
Michael E. Jones (SBN: 10929400)
Shaun W. Hassett (SBN: 24074372)
**POTTER MINTON, PC**
102 N. College, Suite 900
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
mikejones@potterminton.com
shaunhassett@potterminton.com

Darin W. Snyder
Email: dsnyder@omm.com
Luann L. Simmons
Email: lsimmons@omm.com
David S. Almeling
Email: dalmeling@omm.com
Amy K. Liang
Email: aliang@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984 8701

*Attorneys for Defendant Google LLC*

*/s/ Henry Huang*
Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com

Jonathan J. Lamberson (*pro hac vice*)
Henry Huang (*pro hac vice*)
**WHITE & CASE LLP**
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306
Tel: (650) 213-0300
lamberson@whitecase.com
henry.huang@whitecase.com

Hallie Kiernan (*pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 819-8200
hallie.kiernan@whitecase.com

*Attorneys for Defendant Microsoft Corporation*