UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                   :
SAFECAST LIMITED,                              :
                        Plaintiff(s),   :      23 Civ. 5466 (LGS)
                                                  :
          -against-                       :           ORDER
                                                  :
MICROSOFT CORPORATION,        :
                      Defendant(s),  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order issued June 28, 2023, scheduled an initial pretrial conference on July 19, 2023. It is hereby

      **ORDERED** that, due a conflict with an ongoing jury trial, the July 19, 2023, conference is **ADJOURNED** to **August 2, 2023**, at **4:10 P.M.** The conference will be telephonic and will take place on the following line: 888-363-4749; access code 558-3333. The start time is approximate but the parties shall be prepared to begin at the scheduled time.

Dated: July 17, 2023
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE