UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
                                                              :
SAFECAST LIMITED,                                             :
                              Plaintiff(s),   :   23   Civ.   5466   (LGS)
                                                              :
          -against-                           :         ORDER
                                                              :
                                                              :
MICROSOFT CORPORATION,                                        :
                              Defendant(s),   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an order issued July 17, 2023, scheduled an initial pretrial conference on August 2, 2023.  It is hereby

**ORDERED** that, due a conflict on the Court's calendar, the August 2, 2023, conference is **ADJOURNED** to **August 9, 2023**, at **4:10 P.M.**  The conference will be telephonic and will take place on the following line: 888-363-4749; access code 558-3333.  The start time is approximate but the parties shall be prepared to begin at the scheduled time.

Dated: August 1, 2023
       New York, New York

                                                   LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE