UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                 :
SAFECAST LIMITED,                        :
                     Plaintiff(s),   :     23 Civ. 5466 (LGS)
                                                 :
             -against-                   :                ORDER
                                                 :
MICROSOFT CORPORATION,      :
                     Defendant(s), :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a conference was held on August 23, 2023. For the reasons discussed at the conference, it is hereby

       **ORDERED** that the case is **STAYED**, pending further order from the Court. It is further

       **ORDERED** that within seven days of any decision from the Patent Trial and Appeal Board ("PTAB") regarding review of the patents at issue in this case, the parties shall file a joint status letter on ECF. The letter shall state the decision of the PTAB and provide a joint proposal for next steps in light of the PTAB's decision. In the event the parties cannot agree on a joint proposal, the parties shall each provide their own proposal.

Dated: August 24, 2023
          New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE