```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/06/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAFECAST LIMITED,

                Plaintiff,

-against-

MICROSOFT CORPORATION,

                Defendant.

23-CV-05466 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

    In light of the parties' joint status update, Dkt. No. 66, the case remains STAYED. It is hereby ORDERED that the parties shall file a joint status update letter within seven days of any final resolution by the Patent Trial and Appeal Board ("PTAB") of IPR2023-00652. The letter shall provide information regarding PTAB's final resolution and shall provide a joint proposal for next steps in light of the resolution. In the event the parties cannot agree on a joint proposal, the parties shall each provide their own proposal, contained within the same letter.

Dated: March 6, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge